UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-414-JLB-LSG

CRYSTAL NIGLIO

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order, the United States herein states as follows:

1. Brief summary of the case's status:

On August 27, 2026, a Grand Jury returned an indictment charging the defendant with four counts of wire fraud and five counts of bank fraud. (Doc. 1). On September 3, 2026, the government filed the signed plea agreement. (Doc. 39). The change of plea hearing is currently scheduled for September 24, 2026. (Doc. 41).

2. Number of days required for trial:

The parties believe the case would take approximately four to five trial days.

3. Current trial calendar:

This case is currently set for the Court's October trial calendar.

4. Expiration of existing speedy trial waiver:

Speedy trial has been waived until the end of October 2026.

5. Pending motions:

There are no pending motions at this time.

The United States has consulted with counsel for the defendant in this case and they agrees to the information contained herein.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *<u>/s/ Merrilyn Hoenemeyer</u>*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar Number: 124734
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000

**U.S. v. Niglio** **Case No. 8:25-cr-414-JLB-LSG**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Courtney Benson

*/s/ Merrilyn Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar Number: 124734
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000