**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 8:25-cr-414-JLB-LSG

CRYSTAL NIGLIO,

Defendant.
_______________________________________/

**Defendant's Consent to the Court's Inspection of Presentence Report Prior to Plea of Guilty, Nolo Contendere, or Finding of Guilt**

I, CRYSTAL NIGLIO, hereby consent to review of my presentence report by a judge at any time, including the time prior to entry of a plea of guilty or nolo contendere or a finding of guilt.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what the final disposition of my case will be.

September 24, 2026
Date

Signature of Defendant

September 24, 2026
Date

Defendant's Attorney