**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# PLEA HEARING MINUTES

CASE NO. 8:25-cr-414-JLB-LSG DATE: September 24, 2026

HONORABLE LINDSAY S. GRIFFIN INTERPRETER:
LANGUAGE:

UNITED STATES OF AMERICA AUSA Merrilyn Hoenemeyer
v. Government Counsel

CRYSTAL NIGLIO AFPD Courtney Benson
Defendant Defense Counsel

COURT RPTR digital recording DEPUTY CLERK Amanda Craig

TIME 10:30 – 11:01 TOTAL 31 min COURTROOM 12A

Court calls case and parties state their appearances for the record.
Plea Agreement filed Dkt.39.
Defendant sworn.
Court advises Defendant of rights and reviews Plea Agreement with Defendant.
Court finds Defendant competent to enter a plea of guilty.
Factual basis is established.
Plea of guilty entered by Defendant as to Counts One and Five of the Indictment.
Court will issue a report and recommendation to the District Judge.
Referred to probation for presentence investigation.
Sentencing schedule to be determined.
Defendant released on current conditions of release.
Court adjourned.