**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v. CASE NO.: 8:25-cr-00414-JLB-LSG

CRYSTAL NIGLIO,

Defendant,
_________________________________/

**ORDER**

Before the Court is the United States Magistrate Judge's Report and Recommendation. (Doc. 47). The Magistrate Judge recommends the Court accept Defendant's guilty plea and adjudicate Defendant guilty. After examining the file independently, and upon considering the Magistrate Judge's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is **ORDERED:**

1. The Report and Recommendation (Doc. 47) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

2. Defendant's plea of guilty is **ACCEPTED** and Defendant is **ADJUDICATED GUILTY** as to Count(s) One and Five of the Indictment.

3. The sentencing hearing is set for January 6, 2027 at 1:30 PM. Unless otherwise notified by the parties, the Court has allocated 45 minutes for the sentencing hearing.

4. **Sentencing Memoranda**: Counsel for both the United States and the defense must file a sentencing memorandum setting forth that respective party's sentencing recommendation to the Court. The memoranda are due no later than **SEVEN (7) CALENDAR DAYS BEFORE** the sentencing date.

5. **Evidentiary Hearings, Witness Testimony, & Victim Statements:** No later than **SEVEN (7) CALANDER DAYS BEFORE** the sentencing date, counsel must notify Judge Badalamenti's Courtroom Deputy, Bettye Samuel, Bettye_Samuel@flmd.uscourts.gov, **and** file written notice if a party believes the sentencing hearing will exceed 45 minutes. The 45-minute total time allocated for this sentencing hearing includes fact or expert witness testimony, victim statements, testimony as to any contested sentencing guidelines issue, and testimony/statements related to the 18 U.S.C. § 3553(a) factors.

6. **Witness/Victim Statements, Exhibit Lists, & Letters**: the parties shall file witness lists, exhibit lists, and any victim letters in support of the United States or the defendant no later than **FIVE (5) CALENDAR DAYS** before the sentencing date. A party's witness list includes the victim(s) to make statements at the sentencing hearing. If there is an appropriate reason to file a witness list or exhibits under seal, counsel shall file a motion to seal such no later than **FIVE (5) CALENDAR day**s before the sentencing hearing, attaching the witness list to the motion to seal.

7. **No continuances will be granted absent a showing of extraordinary circumstances.** Counsel must file any motion for a continuance of sentencing no later than **SEVEN (7) DAYS BEFORE** the sentencing date. In addition to articulating the extraordinary reasons for a continuance, the motion must include a statement of the other party's support or opposition to the proposed continuance.

**DONE AND ORDERED** in Tampa, Florida on October 9, 2026.

John L. Badalamenti

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services