UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-414-JLB-LSG

CRYSTAL NIGLIO

# ORDER OF FORFEITURE

The defendant pleaded guilty to Counts One and Five of the Indictment, wire and bank fraud, in violation of 18 U.S.C. §§ 1343 and 1344. The United States has established that the defendant obtained $37,982.04 in proceeds as a result of the offenses.

The United States moves under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), for entry of an order of forfeiture in the amount of $37,982.04, which upon entry shall be a final order of forfeiture as to the defendant. The United States' Motion for an Order of Forfeiture (Doc. 49) is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $37,982.04.

The proceeds of the offenses were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the

$37,982.04 order of forfeiture. The court retains jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

DONE and ORDERED in Tampa, Florida, this 30th day of October, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All parties including unrepresented parties, if any